1  Heather McMillan (188939)
   Daniel P. Stevens (164277)
2  STEVENS & McMILLAN
   335 Centennial Way
3  Tustin, CA 92780
   Tel.:    (714) 730-1000
4  Fax:     (714) 730-1067

5  Attorneys for Plaintiff
   ROSA FARKAS

6

7

8

9

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**10/27/2016** at 04:36:47 PM

Clerk of the Superior Court
By Marlene Orellana, Deputy Clerk

# IN THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA

# FOR THE COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

|  |  |
|---|---|
| ROSA FARKAS, | Case No.: 30-2016-00883662-CU-OE-CJC |
| Plaintiff, | Judge Theodore Howard |
| v. | COMPLAINT FOR DAMAGES |
| BETHESDA LUTHERAN COMMUNITIES) INC. and DOES 1 through 50, inclusive, | 1. Discrimination 2. Failure to Prevent Discrimination 3. Medical Leave Violation 4. Invasion of Privacy 5. Wrongful Termination |
| Defendants. | |

10

11

12

13

14

15

16  Plaintiff alleges:

17      1.      At all times mentioned in this complaint, Defendant BETHESDA LUTHERAN

18  COMMUNITIES INC. was a corporation, duly licensed, and conducting business in the County of

19  Orange, State of California.

20      2.      At all times mentioned in this complaint, Plaintiff ROSA FARKAS was a resident

21  of California.  During the relevant time period, Plaintiff was employed by and then terminated by

22  Defendants.

23      3.      Plaintiff does not know the true names of Defendants DOES 1 through 50, inclusive,

24  and therefore sue them by those fictitious names.

25      4.      Plaintiff is informed and believes, and on the basis of that information and belief

26  alleges, that at all times mentioned in this complaint, DOE defendants were the agents and

27  employees of their co-defendants or otherwise responsible for the conduct complained of herein, and

28

1

Complaint for Damages

1  in doing the things alleged in this complaint were acting within the course and scope of that agency
2  and employment or were otherwise responsible for the damages complained of by the Plaintiff.

### FACTUAL ALLEGATIONS

4       5.     Rosa Farkas commenced employment with Bethesda Lutheran Communities, Inc.
5  on March 16, 2009 as a QIDP Administrator.

6       6.     On February 11, 2016 she met with the Area Director, Chris Taylor, her direct
7  supervisor. When she arrived at his office on February 11, 2016 the HR person Ann was also
8  present. Mr. Taylor said the day prior several people approached him said that she made some
9  comment that made them think she was high or intoxicated. He refused to tell her who the
10 people were or what the comment was. He told her that she had 24 hours to complete the drug
11 test. Ms. Farkas told him that she did not use drugs nor was she on any kind of medication.

12      7.     As a result of the false charges, she suffered a panic attack. She called her doctor,
13 J. Timothy Green, a psychologist, and set an appointment to see him the next morning. This is
14 the same doctor she has been treating with for several years. He gave her a note on February 12,
15 2016 which she faxed to HR and Taylor that said she "is ill and in treatment" and he did not
16 expect her to return to work until April 12, 2016 "at the earliest." She has had two other medical
17 leaves in the last 3 years for panic attacks/anxiety, each one for about 2 months.

18      8.     On, February 19, 2015, Ms. Farkas found out her job had been posted internally.
19 She texted Chris Taylor that she heard her job was posted, and asked him why she wasn't
20 notified. On February 25, Mr. Taylor told Ms. Farkas that she was fired for refusing to take a
21 drug test.

22      9.     The plaintiff filed administrative complaints with the Department of Fair Housing
23 and Employment within the statutory time period and received Notices of Case Closure (Right-
24 to-Sue Letters) for each defendant named herein.

25 ///
26 ///
27 ///
28

**Complaint for Damages**

## FIRST CAUSE OF ACTION

(Discrimination-Gov't Code section 12940(a))

(By Plaintiff Against All Defendants)

10.     Plaintiff hereby incorporates paragraphs 1 through 9, inclusive, as though fully set forth at this point.

11.     This action is brought pursuant to the California Fair Employment and Housing Act, section 12940(a) of the Government Code, which prohibits an employer from discharging, expelling or otherwise discriminating against any person because of the person's disability.

12.     At all times mentioned in this complaint, Defendants regularly employed at least five employees bringing the Defendant employer within the provisions of section 12940 et seq. of the Government Code.

13.     During Plaintiff's employment, as alleged herein, Defendant terminated plaintiff because of her disability.

14.     As a direct and proximate result of Defendants' unlawful conduct as alleged in this complaint, Plaintiff has suffered extreme and severe anguish, humiliation, anger, tension, anxiety, depression, lowered self-esteem, and emotional distress.

15.     As a further direct and proximate result of the unlawful conduct, the Plaintiff has suffered and continues to suffer loss of income, loss of earning capacity, loss of job opportunity and other losses.

16.     Because Plaintiff was discriminated against in violation of the law, plaintiff is entitled to recover attorneys' fees and costs in this action pursuant to California Government Code section 12965(b).

17.     Because the acts taken toward Plaintiff were carried out by Defendants acting in a deliberate, cold, callous, malicious, oppressive, and intentional manner in order to injure and damage plaintiff, Plaintiff requests the assessment of punitive damages against Defendants in an amount appropriate to punish and make an example of Defendants.

///

3

## SECOND CAUSE OF ACTION

(Failure to Prevent Discrimination - Gov't Code § 12940(k))

(By Plaintiff Against All Defendants)

18.    Plaintiff hereby incorporates paragraphs 1 through 17, inclusive, as though fully set forth at this point.

19.    This action is brought pursuant to the California Fair Employment and Practices Act, section 12940(k) of the Government Code, which prohibits an employer from failing to take all reasonable steps necessary to prevent discrimination, harassment and retaliation and the corresponding regulations of the California Fair Employment and Housing Commission.

20.    At all times mentioned in this complaint, Defendants regularly employed at least five employees bringing Defendant employer within the provisions of section 12900 et seq. of the Government Code prohibiting employers or their agents from failing to take all reasonable steps necessary to prevent discrimination, harassment and retaliation.

21.    Defendants failed to take all reasonable steps necessary to prevent discrimination and harassment in that the employer failed to comply with Department of Fair Employment and Housing laws and regulations, failed to offer discrimination and harassment training, failed to maintain an effective complaint procedure, failed to adequately educate managers about discrimination and harassment and failed to educate managers regarding proper responses to complaints. Defendants also failed to take all reasonable steps to prevent harassment and discrimination by not taking adequate remedial action after becoming aware of ongoing discrimination and harassment.

22.    As a direct and proximate result of Defendants' unlawful conduct as alleged in this complaint, Plaintiff has suffered extreme and severe anguish, humiliation, anger, tension, anxiety, depression, lowered self-esteem, sleeplessness and emotional distress.

23.    As a further direct and proximate result of the unlawful conduct, Plaintiff has suffered and continues to suffer loss of income, loss of earning capacity, loss of job opportunity and other losses.

4

24.     Because the Defendants failed to prevent discrimination and harassment in violation of the Fair Employment and Housing Act,  Plaintiff is entitled to recover attorneys' fees and costs in this action pursuant to California Government Code section 12965(b).

25.     Because the acts taken toward Plaintiff were carried out by Defendants acting in a deliberate, cold, callous, malicious, oppressive, and intentional manner in order to injure and damage plaintiff, Plaintiff requests the assessment of punitive damages against Defendants in an amount appropriate to punish and make an example of Defendants.

### THIRD CAUSE OF ACTION

(Violation of California Family Rights Act - Gov't Code §12945.2)

(By Plaintiff against All Defendants)

26.     Plaintiff hereby incorporates paragraphs 1 through 25, inclusive, as though fully set forth at this point.

27.     This action is brought pursuant to the California Fair Employment and Practices Act, section 12945.2 of the Government Code and/or the corresponding regulations of the California Fair Employment and Housing Commission, which makes it an unlawful employment practice for an employer to refuse to grant a request by any employee with more than 12 months of service with the employer and who has at least 1,250 hours of service with the employer during the previous 12-month period, to take up to a total of 12 workweeks in any 12-month period for family care and medical leave.  This section is deemed violated when an employer fails to return an employee to the same or comparable position at the end of the leave or if the employer discriminates against the employee for taking or asking for leave.

28.     At all times mentioned in this complaint, plaintiff was an employee of defendant employers within the meaning of Government Code sections 12926, 12940 and 12945.2.

29.     At all times relevant herein, Defendants were and are an "employer" under FEHA, regularly employing five or more employees, respectively, within the meaning of Government Code sections 12926 and 12940.

30.     At all times relevant herein, Defendants, respectively, employed fifty (50) or

5

---

1    more employees within a seventy-five (75) mile radius of the facility where plaintiff was

2    employed.

3        31.    Plaintiff was employed by defendants for at least twelve (12) total months prior to

4    plaintiff's request for leave as alleged more fully herein.

5        32.    Plaintiff gave defendants at least one thousand two hundred fifty (1,250) hours of

6    service during the twelve (12) month period immediately preceding the request for or

7    commencement of plaintiff's leave.

8        33.    As is more fully set forth herein, plaintiff took a medical leave.   Defendants

9    unlawfully discriminated and/or retaliated against plaintiff by terminating her allegedly for

10    failing to take a drug test during her leave.

11        34.    As a direct and proximate result of defendants' unlawful conduct as alleged in

12    this complaint, plaintiff has suffered extreme and severe anguish, humiliation, nervousness,

13    anger, tension, anxiety and emotional distress.

14        35.    As a further direct and proximate result of the unlawful conduct, plaintiff has

15    suffered and continues to suffer loss of income, loss of earning capacity, loss of job opportunity

16    and other losses.

17        36.    Because plaintiff was discriminated against in violation of the Fair Employment

18    and Housing Act, plaintiff is entitled to recover attorneys' fees and costs in this action pursuant

19    to California Government Code section 12965(b).

20        37.    Because the acts taken toward plaintiff were carried out by defendants acting in a

21    deliberate, cold, callous, malicious, oppressive, and intentional manner in order to injure and

22    damage plaintiff, plaintiff requests the assessment of punitive damages against defendants in an

23    amount appropriate to punish and make an example of defendants.

24                        **FOURTH CAUSE OF ACTION**

25                            (Invasion of Privacy)

26                        (By Plaintiff Against All Defendants)

27        38.    Plaintiff hereby incorporates paragraphs 1 through 37, inclusive, as though fully

28                                    6

1   set forth at this point.

2       39.    This action is brought pursuant to Article 1, Section 1 of the California

3   Constitution which creates a legally protected right to privacy for individuals in the State of

4   California.

5       40.    Plaintiff has a reasonable expectation of privacy that extends to whether she

6   should be tested for drugs in the workplace.

7       41.    Defendant failed to provide any reasonable suspicion based on objective facts that

8   would permit them to test plaintiff for drugs.

9       42.    As a direct and proximate result of Defendants' unlawful conduct as alleged in

10  this complaint, Plaintiff has suffered extreme and severe anguish, humiliation, nervousness,

11  anger, tension, anxiety and emotional distress.

12      43.    As a further direct and proximate result of the unlawful conduct, the Plaintiff has

13  suffered and continues to suffer loss of income, loss of earning capacity, loss of job opportunity

14  and other losses.

15      44.    Because the acts taken toward plaintiff were carried out by Defendants acting in a

16  conscious and reckless disregard of her rights,  plaintiff requests the assessment of punitive

17  damages against Defendants in an amount appropriate to punish and make an example of

18  Defendants.

19                 **FIFTH CAUSE OF ACTION**

20                 (Wrongful Termination)

21             (By Plaintiff Against All Defendants)

22      45.    Plaintiff hereby incorporates by reference paragraphs 1 through 44, inclusive,

23  as though fully set forth at this point.

24      46.    Plaintiff alleges that the d4ischarge was wrongful because it was in violation of

25  the public policy of the State of California as set forth in California Government Code section

26  12940 et seq., the administrative regulations of the Fair Employment and Housing Act and

27  Article 1, and sections 1 and  8 of the Constitution of the State of California as set forth more

28                         7

1    fully herein..

2    47.    As a direct and proximate result of Defendants' unlawful conduct as alleged in

3    this complaint, Plaintiff has suffered extreme and severe anguish, humiliation, anger, tension,

4    anxiety, depression, lowered self-esteem, sleeplessness and emotional distress.

5    48.    As a further direct and proximate result of the unlawful conduct, Plaintiff has

6    suffered and continues to suffer loss of income, loss of earning capacity, loss of job opportunity

7    and other losses.

8    49.    Because the acts taken toward Plaintiff were carried out by Defendants acting in a

9    deliberate, cold, callous, malicious, oppressive, and intentional manner in order to injure and

10    damage plaintiff, Plaintiff requests the assessment of punitive damages against Defendants in an

11    amount appropriate to punish and make an example of Defendants.

12    **WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

13    **As to the First, Second and Third Causes of Action:**

14    1.    For general and compensatory damages;

15    2.    For special damages according to proof;

16    3.    For punitive damages;

17    4.    For prejudgment interest on all amounts claimed that are readily ascertainable;

18    5.    For costs and attorneys' fees pursuant to Government Code section 12965(b);

19       and

20    6.    For such other and further relief that the court considers proper.

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

8

**Complaint for Damages**

| | |
|---|---|
| 1 | **As to the Fourth and Fifth] Causes of Action:** |
| 2 |     1.    For general and compensatory damages; |
| 3 |     2.    For special damages according to proof; |
| 4 |     3.    For punitive damages; |
| 5 |     4.    For prejudgment interest on all amounts claimed that are readily ascertainable; |
| 6 |     5.    For costs; and |
| 7 |     6.    For such other and further relief that the court considers proper. |

STEVENS & McMILLAN

Dated: October 23, 2016          By: _____

DANIEL R. STEVENS
Attorney for Plaintiff
ROSA FARKAS

9

**Complaint for Damages**